UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey Corporation<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, a corporation of the United States, sued in its capacity as a corporation of the United States, and in its capacity as the Receiver for United Commercial Bank<br><br>Defendants. | Case No. **CV 101566 BZ**<br><br>**ORDER DISMISSING ENTIRE CASE** |
|---|---|

Good cause appearing:

It is hereby ordered that Case No. CV 101566 BZ is dismissed without prejudice as to all parties and all causes of actions.

DATED: May 17, 2010

By: _____
Bernard Zimmerman
Magistrate Judge U.S. District Court

60366401.1                                                                                          ORDER DISMISSING CASE